**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| REGINALD ANDRE CALLIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-284 |
| | § | |
| FRANK HOKE, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to dismiss case for failure to prosecute, Dkt. No. 10. No party has filed objections to the M&R, and the time to file objections has passed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 10. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** the above-captioned case. FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1998). ("A district court may dismiss an action for failure of a plaintiff to prosecute or to comply with any order of court.").

The Court **DIRECTS** the Clerk of the Court to close this case.

SIGNED this 21st day of May 2019.

Hilda Tagle
Senior United States District Judge